UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
AT PIKEVILLE

**CIVIL ACTION NO. 08-180-DLB**

**GREGORY SMITH**                                                                        **PLAINTIFF**

**vs.**                                                    **JUDGMENT**

**MICHAEL J. ASTRUE, Commissioner**
**SOCIAL SECURITY ADMINISTRATION**                                                       **DEFENDANT**

* * * * * * *

In compliance with Federal Rule of Civil Procedure 58, and pursuant to sentence four of 42 U.S.C. § 405(g), **IT IS HEREBY ORDERED AND ADJUDGED** that:

(1)   the administrative decision is **AFFIRMED** and judgment is entered in favor of Defendant Commissioner;

(2)   Plaintiff's Complaint against Defendant Commissioner is **DISMISSED WITH PREJUDICE;** and,

(3)   this action is **STRICKEN** from the active docket of this Court.

There being no just cause for delay, this is a **FINAL** and **APPEALABLE** Order.

This 15th day of December, 2009.



Signed By:
David L. Bunning    DB
United States District Judge

G:\DATA\SocialSecurity\MOOs\7-08-180-Smith Judgment.wpd